■ WESTERN HEMISPHERE PETROLEUM, INC., Appellant, v ENERGOPETROL et al., Respondents. WESTERN HEMISPHERE PETROLEUM, INC., Appellant, v BANK OF NEW YORK, Respondent. CLARENCE J. WOODARD et al., Respondents, v WESTERN HEMISPHERE PETROLEUM, INC., Appellant, and BANK OF NEW YORK, Intervenor-Respondent and Third-Party Defendant. SINOCHEM INTERNATIONAL OIL (LONDON) CO. LTD. et al., Intervenors Third-Party Defendants-Respondents. [633 NYS2d 940] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about February 24, 1995, and order and judgment (one paper), same court and Justice, entered on or about June 14, 1995, unanimously affirmed for the reasons stated by Schoenfeld, J., with one bill of costs payable by appellant to all respondents filing briefs. No opinion. Concur—Murphy, P. J., Rubin, Kupferman and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VINCENT FIGLIOLO, Respondent. [633 NYS2d 940] —Orders, Supreme Court, New York County (Patricia Williams, J.), entered December 19, 1994 and April 24, 1995, unanimously affirmed for the reasons stated by Patricia Williams, J. No opinion. Concur—Murphy, P. J., Rubin, Kupferman and Williams, JJ.